IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| Linda Farrow, individually and on behalf of all others similarly situated, | * * * * | |
| Plaintiff, | * * * | **Case No.** 06-CV-2800-WDQ |
| v. | * * | |
| Greentree Mortgage Company, L.P., et al., | * * * | |
| Defendant. | * * | |

## MOTION FOR PLAINTIFF'S INCENTIVE AWARD
## AND CLASS COUNSELS' ATTORNEY'S FEES AND COSTS

Plaintiff and her Counsel, Scott Borison, Janet Legg and Christopher Lefebvre file this motion for an award of an incentive payment to the Plaintiff to be paid by Defendant, Greentree Mortgage, L.P., and an award of Attorney's Fees and Costs to Class Counsel from the common fund in this case.   Plaintiff seeks an incentive award in this action in the amount of $1,500. The named plaintiff has been involved, supported and participated in this action.  The payment of $1,500 is an appropriate incentive award for the plaintiff.

Class Counsel proceeded in this matter on a contingency basis although this case was clearly not a traditional or likely case that would be pursued by most attorneys on a contingency basis. They have expended over 43 hours collectively in this action. See Time Summary attached. Based on their level of experience, which ranges between 19 to 22 years, an hourly rate of $400 has previously been approved in this District as well as a multiplier of over 2.5. See *Hyde v. RDA, Inc.,* 05-317-RDB.

Class Counsel requests an award of attorney's fees and costs from the common fund recovered for the class based on a lodestar analysis with a multiplier. The common fund is $95,000 and the Defendant paid the costs of notice, which included direct mailings to approximately 14,000 persons. After deduction of the claims filed for the monetary payment, there is approximately $68,000 remaining in the common fund. Amounts remaining after payment of attorney's fees and costs will be paid to two organizations under the parties' agreement. There is no reversion of the common fund to the Defendant.

Plaintiff's counsel seeks a fee equal to 35% of the common fund, as set forth in the notice to the class, or $33,250 for attorney's fees as well including their costs.

A memorandum in support of this Motion is filed contemporaneously herewith.

WHEREFORE, plaintiff seeks an order granting the named plaintiff an incentive award of $1,500, an award to Class Counsel of $33,250 for attorney's fees and costs incurred.

Respectfully submitted,
_/s/_____
Scott C. Borison
Bar No. 22576
Janet Legg
Bar No. 15552
Legg Law Firm, LLC.
5500 Buckeystown Pike
Frederick MD 21703
Borison@legglaw.com
(301) 620-1016
(301) 620-1018 fax

Christopher M. Lefebvre Esquire
Claude Lefebvre Christopher
Lefebvre, P.C.
Two Dexter Street Pawtucket
PO BOX 479

Pawtucket, R.I. 02862
401-728-6060
401-728-6534-fax

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above document was electronically served on the defendant Greentree Mortgage Company LP's counsel through the Court's CM/ECF system when filed on September 26, 2007.

__/s/_____
Scott C. Borison